# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOR SERRANO, | No. CIV S-09-2927-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA CORRECTIONAL DEPARTMENT OF CORRECTION, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's requests for leave to proceed in forma pauperis (Docs. 5 and 11). Plaintiff's complaint will be addressed separately.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The requests to proceed in forma pauperis will, therefore, be granted.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on February 10, 2010, is discharged;

2. Plaintiff's motions for leave to proceed in forma pauperis (Docs. 5 and 11) are granted;

3. Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

4. No initial partial filing fee will be assessed pursuant to 28 U.S.C. § 1915(b)(1); and

5. Plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's inmate trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

DATED: March 17, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE